UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

DERRICK MILLER,

                        Plaintiffs,

-against-

THE CITY OF NEW YORK, et. al.,

                        Defendants.

------------------------------------------------------------------------x

**DECLARATION OF ALISSA BOSHNACK**

10-CV-7325 (JPO)

ALISSA BOSHNACK, an attorney duly admitted to practice in the State of New York and the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. I am a associate in the law firm of Fisher, Byrialsen & Kreizer, PLLC, attorneys for plaintiff Derrick Miller. I am familiar with the facts and circumstances of this case. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment Pursuant to the Federal Rules of Civil Procedure Rule 56.

2. Annexed hereto as Exhibit "A" is a copy of the Stop and Frisk Report.

3. Annexed hereto as Exhibit "B" is a copy of excerpts from Derrick Miller's Deposition.

4. Annexed hereto as Exhibit "C" is a copy of excerpts from Chambers Deposition.

5. Annexed hereto as Exhibit "D" is a copy of the District Attorney Datasheet.

6. Annexed hereto as Exhibit "E" is a copy of the video recording of the knife testing demonstration.

7. Annexed hereto as Exhibit "F" is a copy of the Criminal Court File Jacket.

8. Annexed hereto as Exhibit "G" is a copy of Defendants' Exhibit P.

9. Annexed hereto as Exhibit "H" is a copy of excerpts from Hon. Stolz' Decision on the suppression hearing.

10. Annexed hereto as Exhibit "I" is a copy of excerpts from Sepulveda's Deposition.

11. Annexed hereto as Exhibit "J" is a copy of James W. Furgal's Expert Report.

12. Annexed hereto as Exhibit "K" is a copy of the letter sent to David Pollack.

13. Annexed hereto as Exhibit "L" is a copy of the Complaint filed in this matter.

14. Annexed hereto as Exhibit "M" is a copy of the Criminal Complaint.

15. Annexed hereto as Exhibit "N" is a copy of the Arrest Report, NYC 7-8.

16. Annexed hereto as Exhibit "O" is a copy of Officer Sepulveda's memobook.

17. Annexed hereto as Exhibit "P" is a copy of Officer Chambers' memobook.

18. Attached hereto as Exhibit "Q" is a copy of Sgt. Abramson's memobook.

19. Attached hereto as Exhibit "R" is a copy of excerpts from Abramson's deposition.

20. Attached hereto as Exhibit "S" is a copy of the Court Docket Sheet.

21. Attached hereto as Exhibit "T" is a copy of the Certificate of Disposition.

Dated: New York, New York
June 29, 2012

　　　　　　　　　　　　　　　　　　　/S/　　　　　　　　　　　　　
Alissa Boshnack, Esq.
FISHER, BYRIALSEN & KREIZER, PLLC
291 Broadway, Suite 709
New York, New York 10007
T: (212) 962-0848
F: (212) 577-1178

cc: VIA ECF and FIRST CLASS MAIL
David Pollack, Esq.
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007